<div style="border:3px solid black; background:yellow; display:inline-block;">

**GOVERNMENT**
**EXHIBIT**

_____

**No. 1**
_____

</div>

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

## Memorandum of Interview



On the above date and time ▮▮▮▮▮▮▮▮ was interviewed regarding his preparation of ALI KAIN'S personal and business tax returns. ▮▮▮ explained to ▮▮▮▮ it is a felony to make any false statements to Federal Agents. In response to questions, ▮▮▮▮ provided the following information:

1. ▮▮▮▮▮▮▮▮ is an enrolled agent and the owner of ▮▮▮▮▮▮▮▮. He has operated the business since 2005 and has been an enrolled agent for six years. The business has approximately seven employees, which consist of accountants, bookkeepers and return preparers. Business services offered include preparing and filing federal and state tax returns, accounting, and bookkeeping services, along with payroll which can be done in house or using ADP payroll services.

2. KAIN has been a client of ▮▮▮▮ for over ten years. ▮▮▮▮ thought KAIN was a customer in December of 2011. He recalls that at some point KAIN switched business names, but he did not recall the details or the previous company name.

3. ▮▮▮▮ does the bookkeeping and tax preparation for KAIN. ▮▮▮▮ reviews the completed tax returns with KAIN before they are filed with the IRS. ▮▮▮▮ PTIN is on all filed tax returns.

4. Two girls at this office complete the payroll for KAIN'S business. ▮▮▮▮ believes the payroll information is emailed or called in weekly. The payroll taxes are processed by ▮▮▮▮▮▮▮▮ and are paid from SOS'S business bank account. ▮▮▮▮ is not involved in the preparation of KAIN'S payroll, so he just knows generally how it is handled in his office. Paystubs are also prepared. The payroll numbers come directly from the client.

5. ▮▮▮ reviewed KAIN'S personal tax returns and SOS'S business tax returns for the years 2016, 2017, 2018 and 2019. He verified and confirmed his tax ID number were accurate on the forms.

6. ▮▮▮ usually meets with KAIN once a year to review and finalize his tax returns and make sure everything is accurate. Another employee of ▮▮▮ ▮▮▮, had additional meetings with KAIN on his own, but it depends on the client on how many times they meet during the year.

7. KAIN'S business tax returns are prepared using Drake software. Records utilized to prepare the tax returns mainly include the bank statements and summary sheets provided by KAIN. The summary sheets relate to payments made directly to the shipping companies and were provided in the years 2018, 2019 and 2020. ▮▮▮ explained the payments are a "wash" meaning the payments are recorded as income and expenses. ▮▮▮ stated KAIN started to have overseas clients pay the shipping lines directly because of issues he was having with the banks.  Banks were often closing KAIN'S business bank accounts because of his wire activity.  KAIN expressed his concern with ▮▮▮ regarding this issue, but ▮▮▮ had no insight to provide. KAIN banked at several different banks because they often closed his accounts.

8. KAIN did not provide any general ledgers or balance sheets for the preparation of his tax returns. ▮▮▮ stated some clients have internal bookkeeping, he assumed KAIN had internal books but he did not know. ▮▮▮ does not know how KAIN keeps tracks of his business financial transactions.

9. ▮▮▮ uses QuickBooks to prepare balance sheets and general ledgers from the bank statements provided by KAIN.

10. KAIN did not have a lot of questions when reviewing the tax returns with ▮▮▮

11. ▮▮▮ does not conduct audits, they are not Certified Public Accountants.

12. ▮▮▮ recalled KAIN having trouble collecting payments from his clients in Africa and asking him about it. ▮▮▮ explained to KAIN since he is a cash basis they never accounted for the income, so he cannot report a loss.

I prepared this memorandum on May 3, 2023, after refreshing my memory from notes made during and immediately after the interview with ███████ ███████

